IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMBER K. JONES,
Plaintiff,

v.

Case No. 19–CV–00793–JPG

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner of Social Security's benefits decision is **AFFIRMED**.

Dated: Tuesday, February 9, 2021      MARGARET M. ROBERTIE
                                      CLERK OF COURT

                                      **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              J. PHIL GILBERT
              UNITED STATES DISTRICT JUDGE